

# LAW OFFICES OF
# DANIEL A. McGUINNESS, P.C.

353 Lexington Ave., Suite 900, New York, NY 10016
Tel: (646) 360-0436 • Fax: (888) 679-0585 • Dan@LegalMCG.com

October 12, 2023

<u>VIA ECF</u>

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2023
```

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

      Re: *United States v. Juan Carbuccia*, 23 Cr. 494(VEC)

Dear Judge Caproni,

    I represent Juan Carbuccia in the above-captioned matter. I write to request a modification of Mr. Carbuccia's terms of pretrial release. Specifically, I am requesting that his nightly curfew be modified to commence one hour later, from 10:00pm to 11:00pm. The Government consents to this request.

    Mr. Carbuccia is presently subject to electronic location monitoring with a curfew from 10:00pm to 6:00am. He is working at a supermarket, Bronx Marketplace, which closes at 9:30pm. His job duties require him to clean after closing. He is respectfully requesting a one-hour modification of his curfew to commence 11:00am and end 6:00am to allow him to complete his daily work duties and return home before curfew.

    I thank the Court in advance for its attention to this matter.

Sincerely,

Daniel A. McGuinness

---

**MEMO ENDORSED**

Application GRANTED. Juan Carbuccia's terms of pretrial release are modified such that his curfew will now begin at 11:00 P.M. and end at 6:00 A.M. All other previous terms and conditions of release will remain in place.

SO ORDERED.

*/s/ Valerie Caproni*   10/12/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE