USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/5/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                                     :
                                                             :   23-CR-494 (VEC)
        -against-                                            :
                                                             :   ORDER
JUAN CARBUCCIA, and MANUEL PEREZ,                            :
                                                             :
                                            Defendants.      :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 4, 2023, the parties appeared for a status conference;

IT IS HEREBY ORDERED that any pre-trial motions are due not later than **Friday, January 19, 2024**, any responses are due not later than **Friday, February 16, 2024,** and any replies are due not later than **Friday, March 1, 2024**. Any motions *in limine* are due not later than **Friday, March 8, 2024**, and any responses are due not later than **Friday, March 22, 2024**. The parties' proposed voir dire questions and requests to charge are due not later than **Friday, March 22, 2024**.

IT IS FURTHER ORDERED that a Final Pre-Trial Conference is scheduled for **Thursday, April 25, 2024, at 2:30 P.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY. Jury selection and trial will commence on **Monday, May 6, 2024, at 9:30 A.M.**

IT IS FURTHER ORDERED that the period between October 17, 2023, and May 6, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). As stated on the record at the Conference, the Court finds that the ends of justice outweigh the interest of the public and the Defendant in a speedy trial because of the need for the defense to review the

discovery, some of which needs to be translated from Spanish, and the need to accommodate Ms. Scolari's trial schedule.

**SO ORDERED.**

**Date:  December 5, 2023**
**New York, NY**

                                                **VALERIE CAPRONI**
                                                **United States District Judge**