USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                :
                                                       : 23-CR-494 (VEC)
            -against-                                  :
                                                       : <u>ORDER</u>
JUAN CARBUCCIA and MANUEL PEREZ,   :
                                                         :
                           Defendants.        :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 26, 2024, the Government emailed the Court that Juan Carbuccia requests a change of plea hearing.

IT IS HEREBY ORDERED that Mr. Carbuccia's change of plea hearing is scheduled for **Friday, March 1, 2024, at 11:00 A.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Date: February 26, 2024
New York, NY

                                                     **VALERIE CAPRONI**
                                                  **United States District Judge**