USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

    -against-

JUAN CARBUCCIA,

                                   Defendant.

------------------------------------------------------------ X

23-CR-494 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 1, 2024, Defendant Juan Carbuccia appeared for a plea conference, during which Mr. Carbuccia pled guilty to Count One of the Superseding Information.

    IT IS HEREBY ORDERED that the parties must appear for sentencing on **Wednesday, June 26, 2024, at 10:30 A.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.  Sentencing submissions are due no later than **Wednesday, June 12, 2024**.

    IT IS FURTHER ORDERED that Mr. Carbuccia's bail conditions are to remain in place.

**SO ORDERED.**

Date:  March 1, 2024
New York, NY

                                            **VALERIE CAPRONI**
                                            **United States District Judge**