# LAW OFFICES OF
# DANIEL A. MCGUINNESS, P.C.

353 Lexington Ave., Suite 900, New York, NY 10016
Tel: (646) 360-0436 • Fax (888) 679-0585 • Dan@LegalMCG.com

June 12, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/2024

<u>VIA ECF</u>

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Juan Carbuccia*, 23 Cr. 494(VEC)

Dear Judge Caproni,

    I represent Juan Carbuccia in the above-captioned matter. I write to request a 45-day adjournment of sentencing. The sentencing is presently scheduled for June 26, 2024 at 10:30am. This is the first request for an adjournment of sentencing. The Government takes no position on this request. I respectfully request an adjournment to a date convenient for the Court other than the weeks of August 12th or August 16th

    I request this adjournment because I am awaiting documents relevant to Mr. Carbuccia's sentencing, including support letters and employment records. Additionally, Mr. Cabuccia and his family speak only Spanish, and the materials require translation. These documents will assist the Court in fashioning the appropriate sentence in this matter.

    I thank the Court in advance for its attention to this matter.

Sincerely,

Daniel A. McGuinness

Cc:    All counsel (via ECF)

Application GRANTED.  Mr. Carbuccia's sentencing currently scheduled for Wednesday, June 26, 2024, at 10:30 A.M. is ADJOURNED to **Friday, August 9, 2024, at 11:00 A.M.** The deadline for the parties to file sentencing submissions is extended from Wednesday, June 12, 2024, to **Friday, July 26, 2024**.

SO ORDERED.

6/12/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE